AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ~ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts |
|---|---|
| DOCKET NO. | DATE FILED | John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 |

**05  11102  NG**

| PLAINTIFF | DEFENDANT |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC.; ARISTA RECORDS LLC; and CAPITOL RECORDS, INC. | JOHN DOE |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |
| | | |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

**Exhibit A**

**Doe #1 (128.103.186.197 2005-04-26 21:36:18 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Whitney Houston | Saving All My Love For You | Whitney Houston | 60-716 |
| Elektra Entertainment Group Inc. | Moby | James Bond Theme | I Like To Score | 252-365 |
| Capitol Records, Inc. | Norah Jones | The Nearness of You | Come Away With Me | 320-120 |
| Capitol Records, Inc. | Norah Jones | One Flight Down | Come Away With Me | 320-120 |
| Capitol Records, Inc. | Norah Jones | Seven Years | Come Away With Me | 320-120 |